# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>TARGET ACCOUNTS, more fully described in<br>Attachment A | )<br>)<br>) Case No.<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Western   District of   Washington  
*(identify the person or describe the property to be searched and give its location)*:

    TARGET ACCOUNTS, more fully described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

    See Attachment B for list of items to be seized.

**YOU ARE COMMANDED** to execute this warrant on or before   1/31/20   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any U.S. Magistrate Judge in West. Dist. of Washington  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   January 17, 2020 at 10:15 a.m.        *[signature]*
                                                                               *Judge's signature*

City and state:   Seattle, Washington        Brian A. Tsuchida, Chief United States Magistrate Judge
                                                                                       *Printed name and title*

# Return

| Case No.: MJ20-023 | Date and time warrant executed: 01/16/2020 | Copy of warrant and inventory left with: NA |
|---|---|---|
| Inventory made in the presence of : NA | | |

Inventory of the property taken and name of any person(s) seized:

.zip file with Image of Google account contents

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

FBI 5/6/2021

Date: 04/26/2021

*Executing officer's signature*

Michael Stults, Special Agent
*Printed name and title*

# ATTACHMENT A
# GOOGLE ACCOUNTS TO BE SEARCHED

The electronically stored data, information and communications contained in, related to, and associated with, including all preserved data, the following accounts:

**CmrnShea18[@]gmail.com**

**Any account linked to MEID 256691624201282613 / IMSI 310120254586077**

(the "**TARGET ACCOUNTS**") as well as all other subscriber and log records associated with any of the accounts, which are located at premises owned, maintained, controlled or operated by Google LLC ("Google"), an email and service provider that accepts service of legal process at 1600 Amphitheatre Parkway, Mountain View, California.

ATTACHMENT A – Page 1
ACCOUNTS TO BE SEARCHED
USAO# 2018R00225

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970